# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | CASE NO.: 2:17-cr-13 |
| v. | * | |
| | * | |
| DOUGLAS FRANKLIN | * | |
| | * | |

## ORDER

The Court conducted an independent and *de novo* review of the Magistrate Judge's July 11, 2017, Report and Recommendation, dkt. no. 22, to which Defendant Douglas Franklin ("Franklin") did not object. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court and **DENIES** Franklin's Motion to Suppress Evidence, dkt. no. 14. Assuming that the Government establishes all other requirements of admissibility, the Government shall be entitled to use the evidence discovered during the traffic stop as evidence in the trial of this case.

SO ORDERED, this ___7___ day of ___August___, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA